IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |
|---|---|
| KIRKWOOD P. FERGUSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No.  05-0908 |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on Defendant's Motion for Sealing Order.

The Court finds that it is proper to seal this case pursuant to Local Civil Rule 7(c) because there are personal identifiers in the pleadings and documents and there are no other practical measures to effectively protect the parties.  The Court further finds that the public has been provided notice of the request to seal and interested parties have been given a reasonable opportunity to object.  It is hereby

ORDERED that Defendant's Motion for Sealing Order is GRANTED and that the record in this matter shall be SEALED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 24, 2005